# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Arlin D. Yons<br>              <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 15-12984 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Select Portfolio Servicing as Servicer for U.S. Bank National Association, as trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18, and index same on the master mailing list.

Re: Loan # Ending In: 5160

                                                    Respectfully submitted,

                                                    **/s/Denise Carlon, Esquire**
                                                    Denise Carlon, Esquire
                                                    Thomas Puleo, Esquire
                                                    Brian C. Nicholas, Esquire
                                                    KML Law Group, P.C.
                                                    701 Market Street, Suite 5000
                                                    Philadelphia, PA 19106-1532
                                                    (215) 627-1322 FAX (215) 627-7734