UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ARLIN D. YONS

**Debtor**

CHAPTER 13

Bky No. 15-12984

## ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

1. Paragraphs 1, 2, 3, 4, 5, 6, 7, and 8 are admitted.
2. Paragraphs 9, 10, 11, 12, 13, and 14 are denied.

## AFFIRMATIVE DEFENSES

3. There is no cause including the lack of adequate protection for granting the relief requested.
4. According to the movant's statements, the mortgage payments are $1,089.58 per month, which is the amount the Debtor has been paying.
5. The Debtor is only two months in arrears, which he will bring current.
6. The property is necessary to an effective reorganization.

**WHEREFORE,** the Debtor respectfully requests that this Honorable Court deny the Motion.

Respectfully Submitted,

/s/ Jon M. Adelstein

Jon M. Adelstein, Esquire
Attorney For Debtor
Adelstein & Kaliner, LLC
350 S. Main Street Suite 105
Doylestown, PA 18901
(215) 230-4250
(215) 230-4251 (fax)