**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    Arlin D. Yons<br>                      Debtor. | Chapter 13 |
| Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18,<br>                      Movant,<br>vs.<br>Arlin D. Yons,<br>                      Debtor / Respondent,<br>and<br>Frederick L. Reigle,<br>                      Trustee / Respondent. | Case No.: 15-12984-ref<br><br>**Hearing Date: October 5, 2017**<br>**Time: 9:30am**<br>Location: Courtroom 1 |

\* \* \* \* \* \* \*

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18 has filed a Motion for Relief from the Automatic Stay and Co-Debtor Stay with the Court for leave to enforce its rights as determined by state and/or other applicable law with regard to real property.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

    1.      If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **September 29, 2017**, you or your attorney must do all of the following:

    2.

                (a)    file an answer explaining your position at:

                      United States Bankruptcy Court (Reading)
                      Eastern District of Pennsylvania
                      The Madison Building
                      400 Washington Street
                      Reading, PA 19601

   (b) mail a copy to the Movant's attorney:

     Matthew C. Waldt, Esquire
     Milstead & Associates, LLC
     1 East Stow Road
     Marlton, NJ 08053
     Phone No.: 856-482-1400
     Fax No.: 856-482-9190

   (c) mail a copy to the Chapter 13 Trustee:

     Frederick L. Reigle, Trustee
     2901 St. Lawrence Avenue
     P.O. Box 4010
     Reading, PA 19606

  3. If you or your attorney do not take the steps described in paragraphs 1(a), 1(b) and 1(c) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

  4. A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling on **October 5, 2017 at 9:30 am** in **Courtroom 1, The Madison Building, 400 Washington Street, Reading, PA 19601.**

  5. If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  6. You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an answer to the Motion.

          Respectfully submitted,
          MILSTEAD & ASSOCIATES, LLC

DATED: September 12, 2017    /s/Matthew C. Waldt
          Matthew C. Waldt, Esquire
          Attorney ID No. 203308
          mwaldt@milsteadlaw.com
          1 East Stow Road
          Marlton, NJ 08053
          Attorneys for Movant