# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Arlin D. Yons;<br><br>                    Debtor<br>Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18,<br>                    Movant,<br>vs.<br>Arlin D. Yons<br>          Debtor / Respondent,<br>and<br>Frederick L. Reigle,<br>          Trustee / Respondent. | Chapter 13<br><br>Case No.: 15-12984-ref |

## PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM STAY

NOW COMES, Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18, by and through the undersigned counsel, and hereby withdraws the Motion for Relief from Stay filed on March 13, 2017 (document number 44). Said Motion is being withdrawn without prejudice.

DATED: September 29, 2017

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC
   /s/Matthew C. Waldt
Matthew C. Waldt, Esquire
Attorney ID No. 203308
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Movant

200253-5

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Arlin D. Yons;<br><br>                           Debtor<br>Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18,<br>                           Movant,<br>vs.<br>Arlin D. Yons<br>                           Debtor / Respondent,<br>and<br>Frederick L. Reigle,<br>                           Trustee / Respondent. | Chapter 13<br><br>Case No.: 15-12984-ref |

## CERTIFICATION OF SERVICE

Matthew C. Waldt, Esquire counsel for Movant, hereby certifies that a copy of the Praecipe to Withdraw the Motion for Relief from Stay was served upon the following persons via electronic transmission or by regular first-class mail, postage pre-paid on September 29, 2017, addressed as follows:

| | |
|---|---|
| Frederick L. Reigle<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606<br>*via electronic transmission* | Jon M. Adelstein<br>350 South Main Street<br>Suite 105<br>Doylestown, PA 18901<br>*via electronic transmission* |

DATED: September 29, 2017

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC
   /s/Matthew C. Waldt
Matthew C. Waldt, Esquire
Attorney ID No. 203308
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Movant

200253-5