## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Arlin D. Yons,<br><br>        Debtor | Chapter 13<br><br>Case No.: 15-12984-ref |
| Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18,<br>        Movant,<br>vs.<br>Arlin D. Yons,<br><br>        Debtor / Respondent, | |

## ORDER

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on August 13, 2018 with regard to the above matter is APPROVED.

**Date: August 14, 2018**

_____

Hon. Richard E. Fehling, U.S.B.J.

200253-8