United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Arlin D Yons  
      Debtor

Case No. 15-12984-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa            Page 1 of 1          Date Rcvd: Aug 14, 2018
                        Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2018.
db             +Arlin D Yons,    4375 Apple Blossom Drive,    Center Valley, PA 18034-8521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2018 at the address(es) listed below:
      DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank National Association, as trustee bkgroup@kmllawgroup.com
      JON M. ADELSTEIN     on behalf of Plaintiff Arlin D Yons jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
      JON M. ADELSTEIN     on behalf of Debtor Arlin D Yons jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
      LISA MARIE CIOTTI     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      MATTHEW CHRISTIAN WALDT     on behalf of Creditor    U.S. Bank National Association, as trustee mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
      MATTHEW CHRISTIAN WALDT     on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
      MATTHEW CHRISTIAN WALDT     on behalf of Creditor    Select Portfolio Servicing, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
      REBECCA ANN SOLARZ     on behalf of Creditor    U.S. Bank National Association, as trustee bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                                    TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Arlin D. Yons,<br><br>　　　　　Debtor | Chapter 13<br><br>Case No.: 15-12984-ref |
| Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18,<br>　　　　　Movant,<br>vs.<br>Arlin D. Yons,<br>　　　　　Debtor / Respondent, | |

## ORDER
___

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on August 13, 2018 with regard to the above matter is APPROVED.

**Date: August 14, 2018**

_____
Hon. Richard E. Fehling, U.S.B.J.

200253-8