Certificate Number: 02921-PAE-DE-034374191

Bankruptcy Case Number: 15-12984



02921-PAE-DE-034374191

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 22, 2020, at 8:23 o'clock PM EDT, Arlin Yons completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: April 23, 2020      By: /s/Laurie Selitto

Name: Laurie Selitto

Title: counselor