| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 15-12984-PMM**

ARLIN D YONS
4375 APPLE BLOSSOM DRIVE
CENTER VALLEY  PA    18034

Petition Filed Date: 04/29/2015
341 Hearing Date: 08/18/2015
Confirmation Date: 08/11/2016

Case Status: Completed on 6/12/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $440.00 | | 01/23/2019 | $440.00 | | 03/04/2019 | $220.00 | |
| 04/17/2019 | $220.00 | | 07/30/2019 | $660.00 | Monthly Plan P | 08/26/2019 | $220.00 | Monthly Plan P |
| 09/24/2019 | $220.00 | Monthly Plan P | 10/28/2019 | $220.00 | | 11/19/2019 | $220.00 | |
| 01/28/2020 | $220.00 | | 06/12/2020 | $1,100.00 | | | | |

**Total Receipts for the Period: $4,180.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $13,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 3 | COUNTRYWIDE AT SAUCON<br>»» 003 | Secured Creditors | $7,492.14 | $7,492.14 | $0.00 |
| 2 | SELECT PORTFOLIO SERVICING INC<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | VERIPRO SOLUTIONS INC<br>»» 001 | Unsecured Creditors | $46,719.36 | $543.18 | $46,176.18 |
| 4 | ADELSTEIN & KALINER LLC<br>»» 004 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

**Chapter 13 Case No. 15-12984-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,200.00 | Current Monthly Payment: | $220.00 |
| Paid to Claims: | $12,035.32 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,164.68 | Total Plan Base: | $13,200.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.