United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-12984-pmm |
| Arlin D Yons | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Nov 12, 2020 | Form ID: 138NEW | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arlin D Yons, 4375 Apple Blossom Drive, Center Valley, PA 18034-8521 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 13535308 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, BANK OF AMERICA, BOX 15726, Wilmington DE 19886 |
| 13518952 | + | Countryside at Saucon, C/O Advanced Realty Serrvices, 1633 W. Allen Street, Allentown, PA 18102-2064 |
| 13630415 | + | Countrywide at Saucon, c/o Leo V. DeVito, Jr., Esq., 38 West Market Street, Bethlehem, PA 18018-5703 |
| 13518953 | + | Leo Vincent Devito, Esq., Broughal & DeVito, 38 W. Market Street, Bethlehem, PA 18018-5703 |
| 13535309 | + | Nationstar Mortgage, PO Box 650783, Dallas TX 75265-0783 |
| 13839677 | + | Select Portfolio Servicing, c/o Denise Carlon, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13518954 | | Select Portfolio Servicing, Inmc., 3815 South west Temple, Salt Lake City, UT 84115-4412 |
| 13535310 | + | Veripro Solutions,Inc., 750 E. Highway 121, Suite 100, Lewisville TX 75067-8199 |
| 13518955 | + | Wendy Yons, 4375 Apple Blossom Drive, Center Valley, PA 18034-8521 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 13 2020 04:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 13 2020 04:37:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13627084 | | Email/Text: jennifer.chacon@spservicing.com | Nov 13 2020 04:38:00 | U.S. Bank National Association, as trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13518956 | | Wendy Yons |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0313-4 | User: Adminstra | Page 2 of 2
Date Rcvd: Nov 12, 2020 | Form ID: 138NEW | Total Noticed: 18

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 14, 2020                Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ANDREW M. LUBIN | on behalf of Creditor U.S. Bank National Association as trustee, in trust alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| ANDREW M. LUBIN | on behalf of Creditor U.S. Bank National Association as trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18 alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank National Association as trustee bkgroup@kmllawgroup.com |
| JON M. ADELSTEIN | on behalf of Debtor Arlin D Yons jadelstein@adelsteinkaliner.com  jsbamford@adelsteinkaliner.com |
| JON M. ADELSTEIN | on behalf of Plaintiff Arlin D Yons jadelstein@adelsteinkaliner.com  jsbamford@adelsteinkaliner.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| MATTHEW CHRISTIAN WALDT | on behalf of Creditor U.S. Bank National Association as trustee mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| MATTHEW CHRISTIAN WALDT | on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| MATTHEW CHRISTIAN WALDT | on behalf of Creditor Select Portfolio Servicing  Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association as trustee bkgroup@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM MILLER*R | on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com  ECF_FRPA@Trustee13.com |

TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Arlin D Yons
        Debtor(s)                      Bankruptcy No: 15−12984−pmm
                                                                   Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                United States Bankruptcy Court
              Office of the Clerk, Gateway Building
                201 Penn Street, 1st Floor
                    Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                        For The Court
                                                                             Timothy B. McGrath
                                                                               Clerk of Court

Dated: 11/12/20

                                                                                                               74 − 73
                                                                                      Form 138_new